UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:26-cv-08478-SVW-AYP | Date: | October 5, 2026 |

| | |
|---|---|
| Title: | Andres Alvarino Yaya v. Quest Diagnostics Clinical Laboratories Inc et al |

| | |
|---|---|
| Present: The Honorable | **STEPHEN V. WILSON, United States District Judge** |

| | |
|---|---|
| Daniel Tamayo | c/s 10-5-2026 |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Kevin Mahoney | Eva Nofri<br>Max C Fischer |

**Proceedings:** NEW CASE STATUS CONFERENCE
MOTION to Remand Case to Los Angeles Superior Court filed by Attorney for Plaintiff [10]

Case called. The Court DENIES the Motion to Remand [10], Order to issue. The Court sets the matter for Jury Trial on February 2, 2027, at 9:00 a.m. and Pretrial Conference on January 25, 2027, at 3:00 p.m. Discovery cutoff is November 15, 2026.

: 12

Initials of Deputy Clerk DTA